# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RODNEY T. PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-0005 |
| ) | |
| CORRECTIONS CORPORATION OF ) | Judge Sharp |
| AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Magistrate Judge Brown entered a Report and Recommendation (R & R) (Docket No. 40) on August 8, 2016 recommending that Plaintiff's motion for a temporary restraining order and preliminary injunction be denied. No objection has been filed. Having considered the matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, the R & R is accepted and Plaintiff's motion for a temporary restraining order and preliminary injunction is DENIED because it is unrelated to his complaint.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE